**Order entered September 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00996-CV

### MARK NUSBAUM, CHRIS CLARK, AND LEAD EQUITY GROUP, LLC, Appellants

### V.

### WELLINGTON REALTY, LLC, WRC ADVISORS, LLC AND DAVID SHAFFER, Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18742**

## ORDER

Before the Court is appellants' September 5, 2019 motion to extend time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief due on or before October 14, 2019.

/s/    ERIN A. NOWELL
       JUSTICE